# Exhibit C – Part I
## to Declaration of Todd Shinaman

# DECLARATION

I, Katherine Johnson, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Skilled Nursing Facility III department of St. Catherine's Labourne as a Certified Nursing Assistant for about 2.5 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Time Exception Slip, and that I will be paid for this time if I do so.

4. I have, on rare occasions, worked through my meal period, and on those occasions, I have followed the above procedure, and I have been fully paid for this time. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Katherine Johnson

Executed on May 15, 2008

10980063.1

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Todd Shinaman and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

___

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _May 15, 08_              Signature: _Kathine Johns_

                               Print Name: _Kathine Johns_

# DECLARATION

I, John Adams, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Rehabilitation department of St. Catherine's Labourne as an Occupational Therapist for about 16 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I inform my manager either verbally or in writing, and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through, or have been interrupted for more than a minute or two during my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

John Adams

Executed on ___May 15___, 2008

# PREFACATORY STATEMENT TO INTERVIEWEES
# REGARDING PURPOSE OF INTERVIEWS

My name is Todd Shinaman and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

---

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: 5-15-08

Signature: _____

Print Name: John R. Adams

# DECLARATION

I, Kathleen Barlow, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Rehabilitation department of St. Catherine's Labourne as a Physical Therapist for about 14 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I inform my manager either verbally or in writing, and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Kathleen Barlow_
Kathleen Barlow

Executed on _May 15th_, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Todd Shinaman and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged  claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

will not reward you or punish you based on what you tell me today.  CHS is prohibited by law from retaliating against you.  All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me.  I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form.  If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury.  The declaration has the same effect as if you were testifying in court under oath.  You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _May 15, 2008_

Signature: _Kathleen Barlow_

Print Name: _KATHLEEN BARLOW_

## DECLARATION

I, Deborah Budziszewski, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Food and Nutrition Services department as an Administrative Assistant since on or about 13 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Schedule Change Sheet, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Deborah Budziszewski_
Deborah Budziszewski

Executed on _May 15th_, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Todd Shinaman and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged  claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: 5-15-08                    Signature: _Albund Budziszewski_

Print Name: _Deborah Budziszewsk_

## DECLARATION

I, Patricia Frank , under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Admissions department as a Patient Access Specialist for the past 5 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must report this to my supervisor verbally, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Patricia Frank_
Patricia Frank

Executed on ___5 - 16___, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _5/16/08_                   Signature: _Patricia Frank_

                                  Print Name: _PATRICIA FRANK_

# DECLARATION

I, Carol Kareger, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Performance Improvement department at Kenmore Mercy Hospital as an Administrative Assistant for approximately 5 years. I also work in the Radiology Department as an Office Clerk for approximately 3 months.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must report this occurrence to my supervisor], and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through my meal period while working in the Radiology Department. On those occasions, I have followed the above procedure, and I have been fully paid for this time. In the Performance Improvement Department, I have never had to work through any meal periods. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_____
Carol Kareger

Executed on __May 16__, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _5-16-08_

Signature: _Carol L. Krieger_

Print Name: _Carol Krieger_

10980063.1

# DECLARATION

I, Misti Butterworth, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the 2 East Nursing Unit at Kenmore Mercy Hospital as a Nurses' Aide for about 16 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Timekeeping Log.

4. I have, on certain occasions, worked through my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_____
Misti Butterworth

Executed on _____5/16/_____, 2008

19980063 1

# PREFACATORY STATEMENT TO INTERVIEWEES
# REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today.  CHS is prohibited by law from retaliating against you.  All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me.  I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form.  If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury.  The declaration has the same effect as if you were testifying in court under oath.  You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

---

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: 5/16/08

Signature: _____

Print Name: M B. Butterworth

# DECLARATION

I, Suzanne Zeisz, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the 2 East Nursing Unit at Kenmore Mercy Hospital as a Register Nurse for about 21 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Timekeeping Log, and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through, or have been interrupted for more than a minute or two during my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Suzanne Zeisz

Executed on May 16th, 2008

10980063.1

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.


Date: _5-16-08_____          Signature: _Suzanne Zeiss_____

                              Print Name: _Suzanne Zeiss_____

## DECLARATION

I, Sandra Braun, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Nursing Department, Hall 2, at St. Joseph Hospital as a Monitor Technician for about 21 years

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Exception Log, and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Sandra Braun_
Sandra Braun

Executed on ___5/19___, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from

retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign

this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over

this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in

written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of

perjury. The declaration has the same effect as if you were testifying in court under oath. You will have

the opportunity to review and edit the declaration and you should only sign it if it is accurate and you

could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

---

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy

to review before signing, that I understand I am under no obligation to participate in this interview, and

that I agree to continue this interview voluntarily and of my own free will.

Date: _5/19/08_                    Signature: _Sandra Braun_

                                   Print Name: _SANDRA BRAUN_

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today.  CHS is prohibited by law from retaliating against you.  All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me.  I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form.  If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury.  The declaration has the same effect as if you were testifying in court under oath.  You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

---

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: May 19, 2008

Signature: Susan Zooda

Print Name: SuSAN ZOODA

# DECLARATION

I, Barbara Mack, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Nursing department, 5 North at St. Joseph Hospital as a Charge Nurse for about 7 or 8 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must record an entry on the department's Exception Log, and that I will be paid for this time if I do so.

4. I have, on certain occasions, worked through my meal period. On those occasions, I have followed the above procedure, and I have been fully paid for this time. I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

*Barbara Mack*

_____
Barbara Mack

Executed on _____5/19_____, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged  claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _____5/19/08_____          Signature: _____Barbara Mack_____

                                 Print Name: _____Barbara Mack_____

# DECLARATION

I, Linda Spyra, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Central Processing department at St. Joseph Hospital as a Central Processing Clerk for about 17 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must inform my supervisor, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Linda Spyra_
Linda Spyra

Executed on _May 19_, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

___

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _May 19, 2008_           Signature: _Linda Spyra_

                              Print Name: _LINDA SPYRA_

# DECLARATION

I, Susan Luce, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Central Processing department at St. Joseph Hospital as a Central Processing Technician for about 10 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must notify my supervisor, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_____Susan Luce_____
Susan Luce

Executed on 5/19/08, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP. We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS. If so, I will end the interview at this time and not ask any further questions of you. If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime. Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary. CHS will not reward you or punish you if you choose not to speak with me. CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _5/19/08_

Signature: _Susan Luce_

Print Name: _Susan Luce_

1098006-3 1

## DECLARATION

I, Kim Larivey, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Cardiac Services department at Kenmore Mercy Hospital as an Administrative Assistant for about 1 year.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must notify my timekeeper, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_____
Kim Larivey

Executed on ___5-20-___, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: 5-20-08                    Signature: _Kim Larivey_

                               Print Name: _Kim Larivey_

## DECLARATION

I, Robert Robinson, under penalties of perjury, hereby declare and state:

1.  I have been employed at Catholic Health System ("CHS") in the Housekeeping department at St. Francis of Buffalo as a Environmental Service Worker for about 6 years.

2.  I am fully familiar with CHS's policies and procedures for the recording of time worked.

3.  I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must report this to my supervisor, and that I will be paid for this time if I do so.

4.  I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5.  I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Robert Robinson_
Robert Robinson

Executed on _5/20/08_, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged  claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

---

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: 5-/20/08                    Signature: _Robert Robinson_

                                  Print Name: _ROBERT ROBINSON_

# DECLARATION

I, Mary Alice Turner, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the Adult Day Healthcare department at St. Francis of Buffalo as a Certified Nurses' Assistant ("CNA") for about 17 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must notify my supervisor, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Mary Alice Turner_
Mary Alice Tuner

Executed on _May 20_, 2008

## PREFACATORY STATEMENT TO INTERVIEWEES
## REGARDING PURPOSE OF INTERVIEWS

My name is Joseph Carello and I am an attorney with Nixon Peabody LLP.  We represent Catholic Health System ("CHS") in connection with a threatened lawsuit involving certain alleged wage/hour and overtime claims.

First, I need to know if you are currently represented by an attorney in any wage/hour matter, or a claim for overtime, involving CHS.  If so, I will end the interview at this time and not ask any further questions of you.  If not, I will proceed.

*Have you been contacted by any attorney or law office to discuss a wage/hour or overtime lawsuit against CHS?*

*Have you completed a consent form or any questionnaire and provided it to an attorney in connection with any wage hour claims against CHS?*

*Have you contacted any attorney or law office to evaluate alleged claims for wage/hour or overtime violations against CHS?*

*Have you retained an attorney to represent you in an action against CHS?*

The threatened lawsuit is a potential class action in which it will be alleged that CHS failed to compensate employees for hours worked, including overtime.  Attorneys purporting to represent CHS employees claim that employees have not been paid for all hours worked, including during meal periods, in violation of wage and hour laws.

We want to make sure you understand that as a CHS employee your interests in the litigation could be adverse to CHS's interest, and that you have the right to consult with an attorney before speaking with me about the case.

We also want to make sure you understand that your participation in this interview must be completely voluntary.  CHS will not reward you or punish you if you choose not to speak with me.  CHS

- 2 -

will not reward you or punish you based on what you tell me today. CHS is prohibited by law from retaliating against you. All that CHS and we want is for you to tell the truth.

In order to make sure you understand that your participation is voluntary, I will ask you to sign this statement to show that you are voluntarily talking to me. I will give you an opportunity to read over this statement before you sign it.

Based on this information you provide today, we may ask you to provide the same information in written form. If that is the case, we will prepare a written declaration for you to sign, under penalty of perjury. The declaration has the same effect as if you were testifying in court under oath. You will have the opportunity to review and edit the declaration and you should only sign it if it is accurate and you could, if necessary, testify in court to the same information.

Do you understand this?

Do you have any questions?

Are you willing to speak to me about your employment with CHS?

_____

By my signature below, I acknowledge that the above statement was read to me, that I was given a copy to review before signing, that I understand I am under no obligation to participate in this interview, and that I agree to continue this interview voluntarily and of my own free will.

Date: _May 20, 2008_            Signature: _Mary Alice Turner_

                                Print Name: _Mary Alice Turner_

# DECLARATION

I, Cora Diana, under penalties of perjury, hereby declare and state:

1. I have been employed at Catholic Health System ("CHS") in the McCauley Seton Home Care department at Appletree as a Courier since for about 5.5 years.

2. I am fully familiar with CHS's policies and procedures for the recording of time worked.

3. I understand that these policies and/or procedures require that if I have worked through my meal period or I have been interrupted for more than a minute or two and did not get a full meal break, I must report this occurrence to my supervisor, and that I will be paid for this time if I do so.

4. I have never had to work through any meal periods and I have never been interrupted by work for more than a minute or two during any of my meal periods.

5. I believe that I have been fully paid for all hours that I have worked at CHS.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_Cora Diana_
Cora Diana

Executed on ___5 - 23___, 2008

10980063.1