UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAIL HINTERBERGER, BEVERLY WEISBECKER, CYNTHIA WILLIAMS and MARCIA CARROLL, *on behalf of themselves and all other employees similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CATHOLIC HEALTH SYSTEMS, INC., et al.,<br><br>*Defendants.* | NOTICE OF MOTION<br><br>Civil Action<br>No. 08-CV-0380 (WMS) |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs. |
| **RELIEF REQUESTED:** | An order compelling defendants to engage in meaningful meet and confer discussions regarding an ESI protocol with both parties' respective ESI experts/consultants; and an order that if the parties are unable to agree upon an ESI protocol by a deadline set by the Court, that each side submit its own proposed ESI protocol to the Court for a ruling as to which protocol should be adopted in this case. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 26 and applicable case law. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Motion to Compel, Affirmation of Sarah E. Cressman with Exhibits. |
| **PLACE:** | United States District Court<br>Western District of New York<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers. |

Dated: October 5, 2012

                                          **THOMAS & SOLOMON LLP**

                        By:    s/ Sarah E. Cressman
                                Michael J. Lingle, Esq.
                                Sarah E. Cressman, Esq.
                                *Attorneys for Plaintiffs*
                                693 East Avenue
                                Rochester, New York 14607
                                Telephone:  (585) 272-0540
                                mlingle@theemploymenattorneys.com
                                scressman@theemploymentattorneys.com